IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANNA JURAVIN,

      Appellant,

 v.

Case No.  5D21-1468
LT Case No. 2017-CC-1748

BELLA COLLINA PROPERTY OWNER'S ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION AND DON K. JURAVIN,

      Appellees.

_____/

Decision filed June 21, 2022

Appeal from the County Court
for Lake County,
Carla R. Pepperman, Judge.

April S. Goodwin, of The Goodwin
Firm, P.A., Largo, for Appellant.

Robyn Marie Severs, of Becker,
Orlando, for Appellee, Bella Collina
Property Owner's Association, Inc.

No Appearance for Appellee, Don K.
Juravin.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.